UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <u>ex</u> <u>rel</u>. **ANNE M. FAGO**<br><br>**Relator,**<br><br>**BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**M & T MORTGAGE CORPORATION,**<br><br>**Defendant.** | **Civil Action 03-1406  (GK/JMF)** |

**ORDER**

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that

1. For the documents submitted *in camera* pursuant to my March 31, 2006 order, defendant's assertion of work product protection is **SUSTAINED in part** and **OVERRULED in part**;

2. Plaintiff's Motion (#2) to Compel Production of Testimony and Documents Concerning M&T's Personnel Actions [#43] is **GRANTED in part** and **DENIED in part**;

3. Plaintiff's Rule 30(b)(6) deposition of defendant on the topic of personnel decisions relating to Suzanne Palmer, Camille Bettcker, and Christine Meier shall

      be reconvened in my chambers on September 7, 2006 at 10:30 a.m.;

4. No later than ten business days from the date of this order, (a) defendant shall submit *in camera* a copy of all documents relating to Suzanne Palmer's termination, and (b) plaintiff shall provide to chambers a copy of the discovery request to which she claims such documents are responsive;

5. Plaintiff's Motion (#3) to Compel Supplemental Discovery Responses Concerning 476 New Loans [#67] is **DENIED**; and

6. Defendant's Motion for Payment of Expert Witness Fees [#48] is **DENIED**.

**SO ORDERED.**

                                                                             _____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: